**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **JB&B CAPITAL, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:20-cv-00238** |
| | ) | |
| **SF CONTRACTING, LLC,** | ) | |
| **SF TRANSPORTING, LLC,** | ) | |
| **CHARLES SLYKHUIS, and** | ) | |
| **SHANNON BURNETT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFAULT JUDGMENT

The defendants, SF Contracting, LLC, SF Transporting, LLC, Charles Slykhuis, and Shannon Burnett, having failed to plead or otherwise defend in this action, and default having been entered; upon application of the plaintiff, JB&B Capital, LLC and upon affidavit that the defendants, SF Contracting, LLC, SF Transporting, LLC, Charles Slykhuis, and Shannon Burnett, are indebted to plaintiff in the total amount of $250,849.99, plus interest thereon; that defendants had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, JB&B Capital, LLC, recover of the defendants, SF Contracting, LLC, SF Transporting, LLC, Charles Slykhuis, and Shannon Burnett, the sum of $250,849.99, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

JOHN L. MEDEARIS, CLERK

by _____

Deputy Clerk

2